AO 440 (Rev. 06/12) Summons in a Civil Action

**RECEIVED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2013 JAN 23 A 10: 59

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| HUDSON INSURANCE COMPANY, A Delaware Corporation | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | )  Civil Action No. 1:13-CV-3 (AJT/TCB) |
| PERSAUD COMPANIES, INC., A Maryland Corporation, ANDY PERSAUD, GARY W. DAY | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Serve: Andy Persaud, Registered Agent
PERSAUD COMPANIES, INC.
41601 Swiftwater Drive
Leesburg, VA 20176
(Loudoun County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard T. Pledger, Esquire
WallacePledger, PLLC
7100 Forest Avenue, Suite 302
Richmond, VA 23226
Telephone: 804-282-8300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

COPY

_____
*Signature of Clerk or Deputy Clerk*

**RECEIVED**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2013 JAN 23 A 10: 59

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| HUDSON INSURANCE COMPANY, A Delaware Corporation <br><br> *Plaintiff(s)* <br> v. <br><br> PERSAUD COMPANIES, INC., A Maryland Corporation, ANDY PERSAUD, GARY W. DAY <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:13-CV-3 (AJT/TCB) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andy Persaud
41738 Putters Green Court
Leesburg, VA 20176
(Loudoun County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard T. Pledger, Esquire
WallacePledger, PLLC
7100 Forest Avenue, Suite 302
Richmond, VA 23226
Telephone: 804-282-8300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**RECEIVED**

2013 JAN 23  A 10:59

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| HUDSON INSURANCE COMPANY,<br>A Delaware Corporation<br><br>*Plaintiff(s)*<br>v.<br><br>PERSAUD COMPANIES, INC.,<br>A Maryland Corporation,<br>ANDY PERSAUD,<br>GARY W. DAY<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:13-CV-3 (AJT/TCB)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gary W. Day
9000 Burning Tree Road
Bethesda, MD 20817
(Montgomery County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard T. Pledger, Esquire
WallacePledger, PLLC
7100 Forest Avenue, Suite 302
Richmond, VA 23226
Telephone: 804-282-8300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*