IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HUDSON INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:13-cv-00003 (AJT/TCB) |
| ) | |
| PERSAUD COMPANIES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

This matter is before the Court on the Report and Recommendations [Doc. Nos. 77 and 118] of the Magistrate Judge recommending that default judgment be entered in favor of the plaintiff and counterclaim plaintiff Gary W. Day and against defendants Persaud Companies, Inc. ("Persaud Companies") and Andy Persaud. No objection to either of the Report and Recommendations has been filed by either defendant. Upon consideration of the Report and Recommendations, and after the Court conducted a *de novo* review of the evidence in this case, the Court hereby adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that default judgment be, and the same hereby is, entered against defendants Persaud Companies and Andy Persaud on all counts of plaintiff's complaint and on all counts of defendant Gary W. Day's cross-claim; and it is further

ORDERED that judgment be, and the same hereby is, entered against defendants Persaud Companies and Andy Persaud, jointly and severally, in favor of the plaintiff in the amount of $2,037,338.51; and it is further

ORDERED that counterclaim plaintiff Gary W. Day's motion for default judgment [Doc.

No. 66] be, and the same hereby is, GRANTED; and it is further

ORDERED that judgment be, and the same hereby is, entered against defendants Persaud Companies and Andy Persaud, jointly and severally, in favor of counterclaim plaintiff Gary W. Day in the amount of $1,700,000.00 in damages, plus $82,287.06 in attorneys' fees and costs; and it is further

ORDERED that the cross-claim of defendants Andy Persaud and Persaud Companies be, and the same hereby is, STRICKEN.

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 55 and 58, and to send a copy of this Order to all counsel of record and to the defendants at their addresses for purposes of service of process:

>   Persaud Companies, Inc.
>   6701 Democracy Blvd., Suite 300
>   Bethesda, MD 20817
>
>   Andy Persaud
>   41738 Putters Green Court
>   Leesburg, VA 20176

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 3, 2014